UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL EDWARDS | CIVIL ACTION |
| VERSUS | NO: 20-1393 |
| PEOPLE'S REPUBLIC OF CHINA et al | SECTION: "G"(4) |

### ORDER

Considering Plaintiff Daniel Edwards' ("Plaintiff") "Ex Parte Motion to Extend Time to Move for Class Certification"[1] pursuant to Federal Rule of Civil Procedure 23(c)(1) and Local Rule 23.1(B),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiff has established good cause for an extension of time to move for class certification.[2] Plaintiff must move for class certification at a time where it may be filed and heard by December 1, 2020.[3]

NEW ORLEANS, LOUISIANA, this 28th day of July, 2020.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 28.

[2] *See id.* (explaining the difficulty in serving all defendants and moving for class certification within 90 days).

[3] If Plaintiff establishes good cause for another extension under Federal Rule of Civil Procedure 23(c)(1) and Local Rule 23.1(B), Plaintiff may be entitled to a second extension of time to move for class certification.