# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 33, PingAnLi West Ave., Xicheng District, Beijing 100035, China
Tel: +86 10 5560 4537   Fax: +86 10 5560 4538

TO:
William Barousse
Couhig Partners LLC
1100 Poydras, Suite 3250
New Orleans, LA 70163
Tel: 504 588 1288
U.S.A.

CC to:
United States District Court for Eastern District of Louisiana
500 Poydras St,
New Orleans, LA 70130
U.S.A.
Tel: 504 589 7600

Beijing, December 30, 2020
Your Ref. No. 20-1393 G(4)
Our Ref. No. 2020/SXH/100

The requests for service of documents have been received.

It is regretful to return the requests because they do not comply with the provisions of the *Hague Convention on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (hereinafter referred to as the Convention), and *the Declaration* made by the People's Republic of China at its accession. The specific reasons for the return are as follows (the item/items marked with X):

(  ) The address of the person to be served upon is not sufficiently provided (Paragraph 2 of Article 1).
(  ) The form of the Request does not conform to the model annexed to *the Convention* (Paragraph1 of Article 1).
(  ) The terms in the Request are not written in the languages specified by *the Convention* (Article 7).
(  ) The Request and the documents to be served are not furnished in duplicate (Paragraph 2 of Article 3).
(  ) The documents to be served are not written in, or translated into Chinese (Article 5).
(  ) The case relating to the request does not fall into the scope of *the Convention* (Paragraph 1 of Article 1).

# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 33, PingAnLi West Ave., Xicheng District, Beijing 100035, China
Tel: +86 10 5560 4537   Fax: +86 10 5560 4538

---

( X ) The execution of the request would infringe the sovereignty or security of the People's Republic of China (Article 13).

(   ) Others:

In addition, the Ministry reaffirms that the defendants specified in your requests enjoy sovereignty immunity and are not subject to any foreign jurisdiction.

International Legal Cooperation Center
Ministry of Justice
People's Republic of China



Contact: Li Zhiying (Ms.)
Tel: +86 10 6309 8240
Fax: +86 10 5560 4538
Email: ivylee319@vip.sina.com

* Enclosures: Documents submitted by the requesting party

# 向国外送达司法文书或司法外文书的
## 请求书

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址 | 接收机关的地址 |
|---|---|
| Identity and address of the applicant / Identité et adresse du requérant | Address of receiving authority / Adresse de l'autorité destinataire |
| William Barousse<br>Couhig Partners LLC<br>1100 Poydras, Suite 3250<br>New Orleans, LA<br>Phone: 504-588-1288<br>Fax: 504-588-9750<br>wbarousse@couhigpartners.com | International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China<br>Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: ivylee319@vip.sina.com |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

（身份和地址）
(identity and address) / (identité et adresse)

| Chinese Academy of Science | 中国科学院 |
| c/o President Bai Chunli | 白春礼院长 |
| 52 Sanlihe Rd. | 中国北京市 |
| Xicheng District | 西城区 |
| 100864 Beijing | 三里河路 52 号 |
| P.R. China | 邮编 100864 |

☒ a) 请依公约第五条第一款第（一）项的规定进行送达。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 请依下述特定方法送达（第五条第一款第（二）项）：*
in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
*selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :

☐ c) 如收件人自愿接受，请予以交付（第五条第二款）*
by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
*le cas échéant, par remise simple (article 5, alinéa 2)*

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

文件清单：
List of documents / Énumération des pièces

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
*if appropriate / s'il y a lieu*

| 制于（地点） New Orleans, LA | 签名和（或）盖章 |
|---|---|
| Done at / Fait à | Signature and/or stamp / Signature et / ou cachet |
| （日期） July 2, 2020 | [signature] |
| the / le | William Barousse (Licensed Attorney) |

海牙会议 常设局 2013 年 4 月

向国外送达司法文书或司法外文书的
请求书
REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址 | 接收机关的地址 |
|---|---|
| Identity and address of the applicant / Identité et adresse du requérant<br>William Barousse (licensed attorney)<br>Couhig Partners LLC<br>1100 Poydras, Suite 3250<br>New Orleans, LA<br>Phone: 504-588-1288<br>Fax: 504-588-9750<br>wbarousse@couhigpartners.com | Address of receiving authority / Adresse de l'autorité destinataire<br>International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China<br>Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: ivylee319@vip.sina.com |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

（身份和地址）
(identity and address) / (identité et adresse)
People's Republic of China, c/o Li Keqiang, Premier of the State Council of the People's Republic of China,
2 Fuyou Street, Xicheng District, 100017 Beijing, P.R. China

中华人民共和国
中华人民共和国国务院总理李克强
福佑街 2 号
西城区
100017 北京
中国

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Enumération des pièces

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
if appropriate / s'il y a lieu

制于（地点）New Orleans, LA
Done at / Fait à
（日期）July 9, 2020
the / le

签名和（或）盖章
Signature and/or stamp / Signature et / ou cachet

*[signature]*
William Barousse (Attorney At Law)

海牙会议 常设局 2013 年 4 月

# 向国外送达司法文书或司法外文书的
## 请求书
### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>Identité et adresse du requérant<br>**William Barousse**<br>**Couhig Partners LLC**<br>**1100 Poydras, Suite 3250**<br>**New Orleans, LA**<br>Phone: 504-588-1288<br>Fax: 504-588-9750<br>wbarousse@couhigpartners.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br>International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China<br>Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: ivylee319@vip.sina.com |
|---|---|

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en le priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

(身份和地址)
(identity and address) / (identité et adresse)

| Communist Party of China | 中国共产党 |
|---|---|
| The Central Committee of the Communist Party of China | 中国共产党中央委员会 |
| Attn.: Xi Jinping | 收件人：习近平 |
| 12 Fuyou Street, Xicheng District, Beijing, China 100017 | 中国北京市西城区福佑街 12 号，邮编 100017 |

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
  if appropriate / s'il y a lieu

| 制于（地点） New Orleans, LA<br>Done at / Fait à<br>（日期） July 2, 2020<br>the / le | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>William Barousse (Attorney At Law) |
|---|---|

海牙会议 常设局 2013 年 4 月

# 向国外送达司法文书或司法外文书的
## 请求书
### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>Identité et adresse du requérant<br>**William Barousse**<br>**Couhig Partners LLC**<br>**1100 Poydras, Suite 3250**<br>**New Orleans, LA**<br>Phone: 504-588-1288<br>Fax: 504-588-9750<br>wbarousse@couhigpartners.com | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire<br>**International Legal Cooperation Center (ILCC)**<br>**Ministry of Justice of China**<br>**33, Pinganli Xidajie**<br>**Xicheng District**<br>**BEIJING 100035**<br>**People's Republic of China**<br>Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: ivylee319@vip.sina.com |
|---|---|

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

（身份和地址）
(identity and address) / (identité et adresse)

| Communist Party of China | 中国共产党 |
| c/o Xi Jinpnig, General Secretary of the Communist Party of China | 中国共产党总书记习近平 |
| 174 Chang'an Avenue | 北京市西城区长安街 174 号 |
| Xicheng District | 1000017 北京 |
| 1000017 Beijing | 中国 |
| P.R. China | |

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
if appropriate / s'il y a lieu

| 制于（地点） New Orleans, LA<br>Done at / Fait à<br>（日期） July 2, 2020<br>the / le | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>William Barousse (Licensed Attorney) |
|---|---|

海牙会议 常设局 2013 年 4 月

# 向国外送达司法文书或司法外文书的
# 请求书

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址 | 接收机关的地址 |
|---|---|
| Identity and address of the applicant / Identité et adresse du requérant | Address of receiving authority / Adresse de l'autorité destinataire |
| William Barousse<br>Couhig Partners LLC<br>1100 Poydras, Suite 3250<br>New Orleans, LA<br>Phone: 504-588-1288<br>Fax: 504-588-9750<br>wbarousse@couhigpartners.com | International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China<br>Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: ivylee319@vip.sina.com |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**（身份和地址）**
(identity and address) / (identité et adresse)

| | |
|---|---|
| Ministry of Emergency Management of the People's Republic of China | 中华人民共和国应急管理部 |
| c/o Minister Wang Yupu | 王玉普部长 |
| No. 70, Guang'anmen South Street | 广安门南大街 70 号 |
| Xicheng District | 西城区 |
| 100054 Beijing | 100054 北京 |
| P.R. China | 中国 |

☒ a) 请依公约第五条第一款第（一）项的规定进行送达。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 请依下述特定方法送达（第五条第一款第（二）项）：*
in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
*selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:
_____

☐ c) 如收件人自愿接受，请予以交付（第五条第二款）*
by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
*le cas échéant, par remise simple (article 5, alinéa 2)*

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

**文件清单：**
List of documents / *Énumération des pièces*

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
*if appropriate / s'il y a lieu*

| 制于（地点） New Orleans, LA<br>Done at / Fait à<br>（日期） July 2, 2020<br>the / le | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>*[signature]*<br>William Barousse (Licensed Attorney) |
|---|---|

海牙会议 常设局 2013 年 4 月

# 向国外送达司法文书或司法外文书的
# 请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址 | 接收机关的地址 |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| William Barousse | International Legal Cooperation Center (ILCC) |
| Couhig Partners LLC | Ministry of Justice of China |
| 1100 Poydras, Suite 3250 | 33, Pinganli Xidajie |
| New Orleans, LA | Xicheng District |
| Phone: 504-588-1288 | BEIJING 100035 |
| Fax: 504-588-9750 | People's Republic of China |
| wbarousse@couhigpartners.com | Tel: +86 10 5560 4537 |
| | • Fax: +86 10 5560 4538 |
| | • Email: ivylee319@vip.sina.com |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份,并依上述公约第五条规定请求迅速将其中一份送达给收件人,即:

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

(身份和地址)
(identity and address) / (identité et adresse)

| The People's Govememnt of City of Wuhan, China | 武汉市人民政府 |
| c/o Mayor Zhou Xianwang | 周先旺市长 |
| 188 Yanjiang Ave | 中国湖北省武汉市 |
| Hankou District, Wuhan | 汉口区 |
| 430014 Hubei | 沿江大道 188 号 |
| P.R. China | 邮编 430014 |

☒ a) 请依公约第五条第一款第(一)项的规定进行送达。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 请依下述特定方法送达(第五条第一款第(二)项):*
in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:

☐ c) 如收件人自愿接受,请予以交付(第五条第二款)*
by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
le cas échéant, par remise simple (article 5, alinéa 2)*

请贵机关将该文书(及其附件*)的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单:
List of documents / Énumération des pièces

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
if appropriate / s'il y a lieu

| 制于(地点) New Orleans, LA | 签名和(或)盖章 |
| Done at / Fait à | Signature and/or stamp / Signature et / ou cachet |
| (日期) July 2, 2020 | *William* |
| the / le | William Barousse (Licensed Attorney) |

海牙会议 常设局 2013 年 4 月

# 向国外送达司法文书或司法外文书的
## 请求书
### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址<br>Identity and address of the applicant<br>Identité et adresse du requérant | 接收机关的地址<br>Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| William Barousse<br>Couhig Partners LLC<br>1100 Poydras, Suite 3250<br>New Orleans, LA<br>Phone: 504-588-1288<br>Fax: 504-588-9750<br>wbarousse@couhigpartners.com | International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China<br>Tel: +86 10 5560 4537<br>- Fax: +86 10 5560 4538<br>- Email: ivylee319@vip.sina.com |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

(身份和地址)
(identity and address) / (identité et adresse)

| Wuhan Institute of Virology | 武汉病毒研究所 |
| c/o Director General Yanyi Wang | 王延轶所长 |
| No. 44 Xiao Hong Shan | 小红山路 44 号 |
| Wuhan | 武汉市 |
| 430071 Hubei | 430071 湖北省 |
| P.R. China | 中国 |

☒ a) 请依公约第五条第一款第（一）项的规定进行送达。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 请依下述特定方法送达（第五条第一款第（二）项）：*
in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:
_____

☐ c) 如收件人自愿接受，请予以交付（第五条第二款）*
by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
le cas échéant, par remise simple (article 5, alinéa 2)*

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.

文件清单：
List of documents / Énumération des pièces

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
if appropriate / s'il y a lieu

制于（地点） New Orleans, LA
Done at / Fait à
（日期） July 2, 2020
the / le

签名和（或）盖章
Signature and/or stamp / Signature et / ou cachet

William Barousse (Licensed Attorney)

海牙会议 常设局 2013 年 4 月

# 向国外送达司法文书或司法外文书的
## 请求书

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | 接收机关的地址<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| William Barousse<br>Couhig Partners LLC<br>1100 Poydras, Suite 3250<br>New Orleans, LA<br>Phone: 504-588-1288<br>Fax: 504-588-9750<br>wbarousse@couhigpartners.com | International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China<br>Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: ivylee319@vip.sina.com |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| （身份和地址）<br>(identity and address) / (identité et adresse) | |
|---|---|
| Health Commission of the People's Republic of China | 中华人民共和国国家卫生委员会 |
| c/o Minister Ma Xiaowei | 马晓伟部长 |
| No 1 Xizhimen Outer South Road | 西直门外南路1号 |
| Xicheng District | 西城区 |
| 100044 Beijing | 100044 北京 |
| P.R. China | 中国 |

☒ a) 请依公约第五条第一款第（一）项的规定进行送达。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 请依下述特定方法送达（第五条第一款第（二）项）：*
in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
*selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:
_____

☐ c) 如收件人自愿接受，请予以交付（第五条第二款）*
by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
*le cas échéant, par remise simple (article 5, alinéa 2)*

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

文件清单：
List of documents / *Énumération des pièces*

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
*if appropriate / s'il y a lieu*

| 制于（地点） New Orleans, LA<br>Done at / *Fait à*<br>（日期） July 2, 2020<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br>*[signature]*<br>William Barousse (Licensed Attorney) |
|---|---|

海牙会议 常设局 2013 年 4 月

向国外送达司法文书或司法外文书的
请求书

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址<br>Identity and address of the applicant<br>*Identité et adresse du requérant*<br>William Barousse<br>Couhig Partners LLC<br>1100 Poydras, Suite 3250<br>New Orleans, LA<br>Phone: 504-588-1288<br>Fax: 504-588-9750<br>wbarousse@couhigpartners.com | 接收机关的地址<br>Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China<br>Tel: +86 10 5560 4537<br>• Fax: +86 10 5560 4538<br>• Email: ivylee319@vip.sina.com |
|---|---|

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| (身份和地址)<br>(identity and address) / *(identité et adresse)* | |
|---|---|
| Ministry of Civil Affairs of the People's Republic of China | 中华人民共和国民政部 |
| c/o Minister Li Jiheng | 李纪恒部长 |
| 147 Beiheyan Dajie | 中国北京市 |
| Dong Cheng District | 东城区 |
| 100721 Beijing | 东城区北河堰大街 147 号 |
| P.r China | 邮编 100721 |

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)** : |
| ☐ | c) | 如收件人自愿接受，请于以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

文件清单：
List of documents / *Enumération des pièces*

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
  *if appropriate / s'il y a lieu*

| 制于（地点） New Orleans, LA<br>Done at / *Fait à*<br>（日期）July 2, 2020<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br>/s/<br>William Barousse (Licensed Attorney) |
|---|---|

海牙会议 常设局 2013 年 4 月

向国外送达司法文书或司法外文书的
请求书
REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| 申请者身份及地址 | 接收机关的地址 |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| William Barousse | International Legal Cooperation Center (ILCC) |
| Couhig Partners LLC | Ministry of Justice of China |
| 1100 Poydras, Suite 3250 | 33, Pinganli Xidajie |
| New Orleans, LA | Xicheng District |
| Phone: 504-588-1288 | BEIJING 100035 |
| Fax: 504-588-9750 | People's Republic of China |
| wbarousse@couhigpartners.com | Tel: +86 10 5560 4537 |
| | • Fax: +86 10 5560 4538 |
| | • Email: ivylee319@vip.sina.com |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

（身份和地址）
(identity and address) / (identité et adresse)
Chinese Center for Disease Control and Prevention    中国疾病预防控制中心
c/o Director Goerge F. Gao    高福主任
155 Changbai Road    中国北京市
Changping District    昌平区
102206 Beijing    昌百路 155 号
P.R. China    邮编 102206

☒ a) 请依公约第五条第一款第（一）项的规定进行送达。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 请依下述特定方法送达（第五条第一款第（二）项）：*
in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :

☐ c) 如收件人自愿接受，请予以交付（第五条第二款）*
by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
le cas échéant, par remise simple (article 5, alinéa 2)*

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

文件清单：
List of documents / Enumération des pièces

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
if appropriate / s'il y a lieu

制于（地点） New Orleans, LA        签名和（或）盖章
Done at / Fait à                    Signature and/or stamp / Signature et / ou cachet
（日期） July 2, 2020              William
the / le
                                    William Barousse (Licensed Attorney)

海牙会议 常设局 2013 年 4 月

# 向国外送达司法文书或司法外文书的请求书

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址<br>Identity and address of the applicant<br>*Identité et adresse du requérant*<br>**William Barousse**<br>**Couhig Partners LLC**<br>**1100 Poydras, Suite 3250**<br>**New Orleans, LA**<br>**Phone: 504-588-1288**<br>**Fax: 504-588-9750**<br>**wbarousse@couhigpartners.com** | 接收机关的地址<br>Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>**International Legal Cooperation Center (ILCC)**<br>**Ministry of Justice of China**<br>**33, Pinganli Xidajie**<br>**Xicheng District**<br>**BEIJING 100035**<br>**People's Republic of China**<br>**Tel: +86 10 5560 4537**<br>**• Fax: +86 10 5560 4538**<br>**• Email: ivylee319@vip.sina.com** |
|---|---|

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

(身份和地址)
(identity and address) / *(identité et adresse)*

| People's Government of Hubei province | 湖北省人民政府 |
| c/o Governor Wang Xiaodong | 王晓东省长 |
| No.7 Hongshan Rd. | 中国湖北省武汉市 |
| Wuchang, Wuhan | 武昌区 |
| 430071 Hubei | 红山路 7 号 |
| P.R. China | 邮编 430071 |

☒ a) 请依公约第五条第一款第（一）项的规定进行送达。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 请依下述特定方法送达（第五条第一款第（二）项）：*
in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
*selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:
_____

☐ c) 如收件人自愿接受，请予以交付（第五条第二款）*
by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
*le cas échéant, par remise simple (article 5, alinéa 2)*

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.*

文件清单：
List of documents / *Énumération des pièces*

- Summary of the documents to be served
- Summons
- Complaint

* 适当时
*if appropriate / s'il y a lieu*

| 制于（地点）New Orleans, LA<br>Done at / *Fait à*<br>（日期）July 2, 2020<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br>*[signature]*<br>William Barousse (Licensed Attorney) |
|---|---|

海牙会议 常设局 2013 年 4 月

