UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL EDWARDS, SHERIFF OF TANGIPOHOA PARISH, <br> Plaintiff | * <br> * | 2:20 cv-1393-NJB-KWR <br><br> SECTION G |
| VERSUS | * | MAGISTRAGE 4 |
| THE PEOPLE'S REPUBLIC OF CHINA, THE COMMUNIST PARTY OF CHINA, NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF EMERGENCY MANAGEMENT OF THE PEOPLE'S REPUBLIC OF CHINA, MINISTRY OF CIVIL AFFAIRS OF THE PEOPLE'S REPUBLIC OF CHINA, PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, PEOPLE'S GOVERNMENT OF WUHAN CITY, THE WUHAN INSTITUTE OF VIROLOGY, THE CHINSE ACADEMY OF SCIENCE, and THE CHINESE CENTER FOR DISEASE CONTROL AND PREVENTION, <br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing "Motion for Voluntary Dismissal" filed by Plaintiff, and in accordance with Federal Rule of Civil Procedure 41(a)(2),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The above-captioned action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this <u>8th</u> day of February, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**